UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

**ORDER**

21-CR-456 (ALC)

-against-

Firoz Ahammad,

Defendant(s)
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    A Change of Plea Hearing is set for **October 7, 2021** at **1:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
      September 28, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
