USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-13-22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**United States of America,**

                      **ORDER**

                      **21-CR-456 (ALC)**

        -against-

**Firoz Ahammad,**

-----------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The sentencing set for February 17, 2022 is adjourned to **April 29, 2022** at **3:00 p.m.**

    **SO ORDERED.**

**Dated: New York, New York**
       **January 13, 2022**

                                _/s/ Andrew L. Carter_
                            **ANDREW L. CARTER, JR.**
                            **UNITED STATES DISTRICT JUDGE**