UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                              ORDER
                              21-CR-456 (ALC)

        -against-

Firoz Ahammad,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

      The Sentencing scheduled for April 29, 2022 is adjourned to **June 10, 2022** at **3:00 p.m.**

      SO ORDERED.

Dated: New York, New York
       April 19, 2022

                                                  _____
                                                  ANDREW L. CARTER, JR.
                                                  UNITED STATES DISTRICT JUDGE