MEMO ENDORSED

# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

August 5, 2022

*Via ECF*

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-8-22

**Re: *United States v. Firoz Ahammad*, 21 CR 456 (ALC)**

Dear Judge Carter:

    I represent Firoz Ahammad and am writing to respectfully request, for the reasons set forth in Belayet Hussain's August 5, 2022 letter (ECF Doc. No. 107), that the Court direct Pretrial Services to return Mr. Ahammad's passport to him.

Respectfully submitted,

/s/
Zachary S. Taylor

cc:    Thomas John Wright, Esq.
        Assistant United States Attorney

The application is ✓ granted.
                  denied.

*/s/ Andrew L. Carter Jr.*
Andrew L. Carter Jr, U.S.D.J.
Dated: 8-8-22
NY, New York