MEMO ENDORSED

# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

July 18, 2023

*Via ECF and email*

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-19-23

**Re: *United States v. Firoz Ahammad*, 21 CR 456 (ALC)**

Dear Judge Carter:

I represent Firoz Ahammad and am writing to respectfully request that the Court grant Mr. Ahammad permission to travel to Saudi Arabia from August 2 to August 20, 2023 for the Hajj pilgrimage with his mother, who resides in Bangladesh.

The Probation Department and the government (which defers to Probation) have no objection to this request.

Respectfully submitted,

_____/s/_____
Zachary S. Taylor

cc:   Thomas John Wright, Esq.
       Assistant United States Attorney

The application is ✓ granted.
                    ☐ denied.

*/s/ Andrew L. Carter*
Andrew L. Carter Jr, U.S.D.J.
Dated: 7-19-23
NY, New York